IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
CLARKSBURG

| | |
|---|---|
| HARRY GINGOLD, **Plaintiff**, v. WEST VIRGINIA UNIVERSITY BOARD OF GOVERNORS, E. GORDON GEE, MARYANNE REED, GREGORY DUNAWAY, and EARL SCIME **Defendants**. | CIVIL ACTION NO.: 1:23-CV-91 (JUDGE KLEEH) |

## ORDER GRANTING DEFENDANTS' MOTION [ECF NO. 41] FOR PROTECTIVE ORDER AND STAYING DISCOVERY DEPOSITIONS PENDING DISPOSITION OF DEFENDANTS' MOTION [ECF NO. 15] TO DISMISS

On July 5, 2024, Defendants West Virginia University Board of Governors, E. Gordon Gee, Maryanne Reed, Gregory Dunaway, and Earl Scime ("Defendants") filed a motion [ECF No. 41] for protective order regarding *pro se* Plaintiff's subpoenas served on July 2, 2024 to depose Defendants and for stay of discovery depositions pending the Court's ruling on Defendants' Motion [ECF No. 15] to Dismiss.

For the reasons set forth in the motion, the motion for a protective order [ECF No. 41] is hereby **GRANTED** and the discovery depositions are hereby **STAYED** pending a ruling on Defendants' Motion to Dismiss.

It is so **ORDERED**.

The Clerk of the Court is **DIRECTED** to provide a copy of this Order to parties who appear *pro se* by certified mail, return receipt requested, to the last known addresses as shown on the docket, and all counsel of record, as applicable, as provided in the Administrative Procedures for

2

Electronic Case Filing in the United States District Court for the Northern District of West Virginia.

DATED: July 8, 2024

/s/ Michael John Aloi
MICHAEL JOHN ALOI
UNITED STATES MAGISTRATE JUDGE

2