IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
CLARKSBURG

| | |
|---|---|
| HARRY GINGOLD, **Plaintiff**, v. WEST VIRGINIA UNIVERSITY BOARD OF GOVERNORS, E. GORDON GEE, MARYANNE REED, GREGORY DUNAWAY, and EARL SCIME, **Defendants**. | CIVIL ACTION NO.: 1:23-CV-91 (JUDGE KLEEH) |

### ORDER DENYING DEFENDANTS' MOTION [ECF NO. 25] TO STRIKE

This matter is before the undersigned pursuant to a Referral Order [ECF No. 5], entered by the Hon. Thomas S. Kleeh, Chief United States District Judge, on November 13, 2023. Pending before the Court is Defendants' motion [ECF No. 25] to strike *pro se* Plaintiff's brief [ECF No. 24] by which he opposes Defendants' reply in support of their Motion to Dismiss. While Defendants' argument is well-taken, the Court is mindful of Plaintiff's *pro se* status and the leeway which such litigants are to be afforded. Accordingly, Defendants' motion [ECF No. 25] is hereby **DENIED**.

It is so **ORDERED**.

The Clerk of the Court is **DIRECTED** to provide a copy of this Order to parties who appear *pro se* by certified mail, return receipt requested, to the last known addresses as shown on the docket, and all counsel of record, as applicable, as provided in the Administrative Procedures for Electronic Case Filing in the United States District Court for the Northern District of West Virginia.

1

**DATED: July 17, 2024.**

                                                        MICHAEL JOHN ALOI
                                                        UNITED STATES MAGISTRATE JUDGE