IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
CLARKSBURG

| | |
|---|---|
| HARRY GINGOLD,<br><br>**Plaintiff**,<br><br>v.<br><br>WEST VIRGINIA UNIVERSITY BOARD OF GOVERNORS, E. GORDON GEE, MARYANNE REED, GREGORY DUNAWAY, and EARL SCIME,<br><br>**Defendants**. | CIVIL ACTION NO.: 1:23-CV-91<br>(JUDGE KLEEH) |

## ORDER DENYING PLAINTIFF'S MOTION TO QUASH, MOTION TO STAY, AND MOTION TO COMPEL [ECF NO. 43]

This matter is before the undersigned pursuant to a Referral Order [ECF No. 5] entered by the Hon. Thomas S. Kleeh, Chief United States District Judge, on November 13, 2023. Pending before the Court are *pro se* Plaintiff's motion to quash Defendants' motion for a protective order, motion to stay the ruling on Defendants' motion to dismiss, and motion to compel Defendants to attend depositions, filed on July 15, 2024. [ECF No. 43]. The motions are presented as part of a single filing.

On July 8, 2024, the undersigned entered an Order [ECF No. 42] granting Defendants' motion for a protective order for the reasons set forth in the motion. On July 16, 2024, the undersigned entered a Report and Recommendation [ECF No. 44] recommending that Defendants' motion to dismiss be granted and Plaintiff's claims be dismissed.

1

Accordingly, because the matters presently raised by Plaintiff have already been addressed on the merits, Plaintiff's motions [ECF No. 43] are hereby **DENIED as moot** pending the Court's disposition of Defendant's motion to dismiss.

It is so **ORDERED**.

The Clerk of the Court is **DIRECTED** to provide a copy of this Order to parties who appear *pro se* by certified mail, return receipt requested, to the last known addresses as shown on the docket, and all counsel of record, as applicable, as provided in the Administrative Procedures for Electronic Case Filing in the United States District Court for the Northern District of West Virginia.

**DATED: July 19, 2024.**

_____
MICHAEL JOHN ALOI
UNITED STATES MAGISTRATE JUDGE